AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:18-MJ-338 | Date and time warrant executed: 6/27/18  6:15 am | Copy of warrant and inventory left with: Hugo Vazquez |

Inventory made in the presence of:
Hugo Vazquez

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

Please see attached Receipt for Property Seized (FD-597), dated 6/27/18, FBI file # 305I-LA-2931722, for a list of item seized. (1 page)

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 7/12/18

Executing officer's signature

Mark Burnett, Special Agent
Printed name and title

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305I-LA-2931722

On (date) June 27, 2018

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Hugo Vasquez
(Street Address) 2215 E. Santa Clara Ave. Apt. F
(City) Santa Ana, CA 92705

Description of Item(s):

1. Black I-phone (RM G by desk)
2. HP Computer tower S/N: MX8904052H Pavilion A6000 (G)
3. Acer Aspire M3470G SN: AM3470GUW10P (G)
4. Dell Inspiron 3650 SN: 7214927186 (G)
5. Blue thumbdrive Concorde (G)
6. Windows Cyber Power PC model C Series SN: SC3000-416650-43 (G)
7. Proscan Tablet SN: A13091012000006100 (G)

Received By: _____(Signature)_____
Received From: _____(Signature)_____